## Commonwealth v. Torres, Appellant.

Argued June 12, 1974.
*Marshall E. Kresman,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Maxine J. Stotland, David Richman,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.